Submitted May 8, reversed May 11, 1972

WILKINSON, *Petitioner, v.* JURAS, *Respondent.*

496 P2d 931

John E. Ferris, Medford, for petitioner.

No appearance for respondent.

Before LANGTRY, Presiding Judge, and FOLEY and THORNTON, Judges.

PER CURIAM.

This appeal from an order of a hearing referee for the Public Welfare Division concerns a claim for

support made against the petitioner on account of public assistance rendered to his mother under the Oregon Relatives' Responsibility Law. ORS ch 416. The record shows that petitioner falls within that group who are exempt from support orders. ORS 416.-030 (2)(c).

Reversed.